Civ-JurySel(Dec-2008)

HONORABLE _____
DEPUTY CLERK _____  RPTR/ECRO/TAPE _____

TOTAL TIME: ___ hours ___ minutes

DATE _____  START TIME _____  END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

===========================================

CIVIL NO. _____

|   |   |   |
|---|---|---|
|   | § | _____ |
|   | § | Plaintiffs Counsel |
| vs. | § |   |
|   | § | _____ |
|   | § | Defendants Counsel |

===========================================

## CIVIL JURY SELECTION/CALENDAR CALL

☐ . . . . . . . . ☐ Call of the Calendar held   ☐ Call of the Calendar over to _____

☐ . . . . . . . . ☐ Jury Selection held   ☐ Jury Selection continued until _____

☐ . . . . # ___ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . # ___ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . # ___ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . # ___ Motion _____  ☐ granted ☐ denied ☐ advisement

☐ . . . . . . . . _____  ☐ filed ☐ docketed

☐ . . . . . . . . _____  ☐ filed ☐ docketed

☐ . . . . . . . . _____  ☐ filed ☐ docketed

☐ . . . . . . . . _____  ☐ filed ☐ docketed

☐ . . . . . . . . _____ # jurors present

☐ . . . . . . . . Voir Dire oath administered by Clerk  ☐ previously administered by Clerk

☐ . . . . . . . . Voir Dire by Court

☐ . . . . . . . . Peremptory challenges exercised

☐ . . . . . . . . Jury of _____ drawn (See attached)  ☐ and sworn  ☐ Jury Trial commences

☐ . . . . . . . . Remaining jurors excused

☐ . . . . . . . . Discovery deadline set for _____

☐ . . . . . . . . Disposition Motions due _____

☐ . . . . . . . . Joint trial memorandum due _____

☐ . . . . . . . . Trial continued until _____ at _____

☐ . . . . . . . . COPY TO:  JURY CLERK with juror lists